Leo Fox, Esq.
630 Third Avenue
18th Floor
New York, New York 10017
(212) 867-9595

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE: Case No.: 14-46442 (CEC)
Chapter 7

MICHAEL MAVASHEV

Debtor.
-------------------------------------------------------------X

**SECOND STIPULATION AND ORDER FURTHER EXTENDING I) THE DEADLINE TO OBJECT TO DISCHARGE AND DISCHARGEABILITY TO MAY 31, 2016 AND II) EXTENDING THE TIME TO OBJECT TO EXEMPTIONS TO MAY 31, 2016**

**WHEREAS**, the above-captioned Debtor filed a voluntary petition under Chapter 11, Title 11 of the United States Code (the "Bankruptcy Code") on December 24, 2014; and

**WHEREAS**, the U.S. Trustee moved to convert the case, and an Order was entered on February 27, 2015 converting the case to a case under Chapter 7 of the Bankruptcy Code; and

**WHEREAS**, on May 20, 2015 the creditors in this case elected Matthew C. Harrison, Jr. as Chapter 7 Trustee and Mr. Harrison qualified as Chapter 7 Trustee by Notice dated June 1, 2015; and

**WHEREAS**, by Stipulation and Order dated June 9, 2015, the Debtor, the Chapter 7 Trustee, the U.S. Trustee, and counsel for certain creditors in this case agreed to extend the deadline to i) object to dischargeability, ii) object to discharge, and iii) object to exemptions to November 30, 2015; and

**WHEREAS**, the Debtor has agreed to further extend the time for the creditors in this case to object to dischargeability pursuant to Federal Rule of Bankruptcy Procedure 4007; and

**WHEREAS**, the Debtor has agreed to further extend the time for the Chapter 7 Trustee,

the creditors, and the U.S. Trustee to object to discharge pursuant to Federal Rule of Bankruptcy Procedure 4004(b)(1) and § 727 of the Bankruptcy Code; and

**WHEREAS**, the Debtor has agreed to further extend the time for the Chapter 7 Trustee, the creditors, and the U.S. Trustee to object to exemptions pursuant to Federal Rule of Bankruptcy Procedure 4003; and

**NOW, IT IS HEREBY STIPULATED AND AGREED**:

1. The last date for the creditors to object to the Debtor's dischargeability of debts shall be extended to May 31, 2016 without prejudice to further extensions for cause shown.

2. The last date for the Chapter 7 Trustee, the creditors, and the U.S. Trustee to object to the Debtor's discharge shall be extended to May 31, 2016 without prejudice to further extensions for cause shown.

**REMAINDER OF PAGE INTENTIONALLY BLANK**

3. The last date for the Chapter 7 Trustee, the creditors, and the U.S. Trustee to object to the Debtor's exemptions shall be extended to May 31, 2016 without prejudice to further extensions for cause shown.

**STIPULATED AND AGREED**:

| | |
|---|---|
| Dated: October 29, 2015<br><br>*s/ Leo Fox*_____________<br>Leo Fox, Esq.<br>630 Third Avenue, 18th Floor<br>New York, NY 10017<br>*Proposed Attorney for Matthew C. Harrison, Jr., Chapter 7 Trustee* | Dated: October 29, 2015<br><br>*s/ Alla Kachan*_____________<br>Alla Kachan, Esq.<br>3099 Coney Island Avenue, 3rd Floor<br>Brooklyn, NY 11235<br>*Attorney for the Debtor* |
| Dated: November 2, 2015<br><br>*s/ William Curtin*_____________<br>Office of the U.S. Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 | Dated: November 2, 2015<br><br>*s/ Cindy Molloy*_____________<br>Cindy Molloy, Esq.<br>551 Fifth Avenue<br>New York, NY 10176<br>*Attorney for Banis Diamond Inc., Chintamani USA Inc., SDIL, Inc., Diatraco Corporation, Disons Gems, Inc., Atit Diamond Corporation, Amipi, Inc., Weldiam Diamonds, Ltd.* |
| Dated: October 29, 2015<br><br>*s/ Michael Mavashev*_____________<br>Michael Mavashev<br>63-53 Haring Street, Apt. 304<br>Rego Park, NY 11374 | |

**SO ORDERED**

**Dated: Brooklyn, New York**
**November 5, 2015**

Carla E. Craig

**Carla E. Craig**
**United States Bankruptcy Judge**