

# DIATRACO CORPORATION

c/o DDC 62 West 47th Street, Suite 1206A, NY, NY 10036
TEL: (212) 221-1350   FAX: (646) 839-2939   EMAIL: DIATRACO@GMAIL.COM

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2018 FEB -5 P 1: 20

RECEIVED/MR

January 29th 2018

**Chief Judge Carla E. Craig**
US Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C, Cadman Plaza East-Suite 1595
Brooklyn New York 11201-1800

RE: BANKRUPTCY CASE NO. 14-46442 (CEC)
UNITED STATES BANKRUPTCY COURT - EASTERN DIVISION
- DEBTOR MICHAEL MEVASHEV OF MMD TRADING INC.

Your Honor,

We are sorry to inform you that our Group has not yet retained a lawyer. This is mainly due to the Financial Distress of most members in our group. Our industry is seeing an unprecedented slowdown and most of us are overstressed to have to expend even more in these proceedings.

We are at your Honor's discretion of the Court and we are requesting for our rights to be preserved under these circumstances.

We would like to be at the Court proceedings so we may be heard - **Michael Mevashev's DEBTS should NOT be Discharged.**

We have written letters to the Attorney General of NY and the District Attorney of Manhatten requesting immediate action to have Michael Mevashev arrested for his scheme as clearly shown by the Adversary Proceeding Documents of Trustee Matthew C. Harrison. Mevashev is clearly hiding millions or has given away millions under duress.

We thank you for your kind attention and favorable reply.

Sincerely

Joseph Khafi

cc. Group by email.

*The Savi Collection*
Fine Platinum and 18K Gold Natural Fancy Color Diamond Jewelry
www.TheSaviCollection.com

*From the desk of*

# Joseph S. Khafi
404, East 79th Street, Apt 10d, Manhattan, N.Y. 10075
Tel: 917 403 8888, Fax: 646 839 2939
Email: joeykhafi@gmail.com

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2018 FEB -5 P 1: 20

RECEIVED/MR

January 29th 2018

Chief Judge Carla E. Craig
US Bankruptcy Court, EDNY
Conrad B. Duberstein Courthouse
271-C, Cadman Plaza East-Suite 1595
Brooklyn New York 11201-1800

RE: BANKRUPTCY CASE NO. 14-46442 (CEC)
UNITED STATES BANKRUPTCY COURT
- EASTERN DIVISION
- DEBTOR MICHAEL MEVASHEV OF MMD TRADING INC.

Your Honor Judge Craig,

I personally want to make my plea for myself which I am sure is also reflected in others in my group. I see it in their faces each time we meet. Michael Mevashev has permanently destroyed some of us smaller dealers especially myself where my youngest is 14 years old and none of my children are yet married. I now live from month to month balancing payments between salaries, medical insurance and basic needs. I have had to give up my life insurance policy which would have taken care of my young children in case G-d forbid of any calamity as I travel often. This month I am giving up my Medical Health Insurance policy. It may be the market but my strength has weakened owing to fear and not being able to rebuild my tarnished good name these past 3 years.

Judge Craig, most of the owners in my group are family men with children to educate and feed and of course in due course we expect losses in business but not losses based on deceit, pre planned, deception, unorthodox and manipulative business tactics by the debtor.

When 2 of 7 of my diamonds were first offered by a 3rd party to my Israeli diamong supplier (at least 20% below cost) - my good name was permanantly tarnished in the market. I have had many problems continuing my business fearful the same would happen again as Michael Mevashev is showing others "how to get away with it". The Israeli owner came to my booth in Hong Kong and put his arm around my neck holding me like a "friend" but tightly to confront me and accuse me that I was scheming and selling diamonds in the market under my cost price !!!!! This was in September 2014, a month after I bought the goods for Michael.

*From the desk of*    **Joseph S. Khafi**
404, East 79th Street, Apt 10d, Manhattan, N.Y. 10075
Tel: 917 403 8888, Fax: 646 839 2939
Email: joeykhafi@gmail.com

Page 2

Chief Judge Carla E. Craig
Brooklyn, NY

Simalarly that August, Mevashev turned much more goods for cash from others and below his cost price. If it was not for my instance the loss for the industry would be bigger in dollars and number of Creditors.

The word creditor should be changed to Victims.

Before I was respected and always expected to visit these suppliers first in Israel. Now they make an excuse each time I try to visit them for business. Showing them my legal bills does not help me at all.

A Good Name is most important in my circle of business. Michael Mevashev has destroyed that. He caused me a major catastrophy which I may never recover from. No one sees my loss but my loss is seen as my own omen on my head following me each place I visit trying to do any business.

My letter to the District Attorney of Manhatten is attached and self explanatory.

I am at the mercy of the court to do its utmost in having Michael Mevashev arrested where only then will the truth of where he hid the hundreds of thousands will be divulged under pressure of a sentencing.

I remain

Truely yours

Joseph Khafi